AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

RECEIVED
IN MONROE, LA
JAN - 9 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA
v.
HOWARD WALKER
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 3:03CR30020-01

USM Number: 11837-035

ROBERT S. NOEL, II
Defendant's Attorney

## THE DEFENDANT:
[✓]   admitted guilt to violation of condition(s) _ of the term of supervision.
[ ]   was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|

See next page.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ].   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

COPY SENT
DATE: 1-9-08
BY: ___
TO: USPO (2)
USM-Mon(1)

JANUARY 7, 2008
Date of Imposition of Sentence

_____
Signature of Judicial Officer

ROBERT G. JAMES, United States District Judge
Name & Title of Judicial Officer

January 7, 2008
Date

AO245B Judgment in a Criminal Case for Revocation (Rev. 8/01)
Sheet I

Judgment - Page 2 of 3

CASE NUMBER: HOWARD WALKER
DEFENDANT: 3:03CR30020-01

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| ONE | Failure to Notify USPO of Changes in Residence | May 3, 2007 |
| TWO | Failure to Work Regularly at a Lawful Occupation | December 26, 2006 |
| THREE | Failure to Comply with Substance Abuse Treatment | April 12, 2007 |

AO245B   Judgement in a Criminal Case (Rev. 06/05)
   Sheet 2 — Imprisonment

Judgment - Page 3 of 3

DEFENDANT:     HOWARD WALKER
CASE NUMBER:   3:03CR30020-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  7 Months .

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___  [ ] a.m.   [ ] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

      Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                                    By _____
                                                    DEPUTY UNITED STATES MARSHAL